Edward J. Maney, Esq. AZ Bar#12256
Chapter 13 Trustee
101 N. First Avenue, Suite 1775
Phoenix, Arizona 85003
Telephone (602) 277-3776
ejm@maney13trustee.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | In Proceedings Under Chapter 13 |
| | ) | |
| DEBRA KAYE BUTTERWORTH | ) | Case No. 2: 24-BK-05237-EPB |
| | ) | |
| | ) | NOTICE OF HEARING RE: |
| | ) | STATUS HEARING ON |
| | ) | CONFIRMATION OF |
| | ) | THE PLAN AND |
| _____Debtor(s) | ) | CERTIFICATE OF MAILING |

**NOTICE IS HEREBY GIVEN** that a Status Hearing on confirmation of the Plan filed 6/28/2024, DK #2, will be held before the Honorable Eddward P. Ballinger, United States Bankruptcy Judge.

Date:  January 16, 2025
Time:  10:00 AM

In accordance with General Order 21-1, all non-evidentiary hearings before Judge Ballinger, Jr., until rescinded or amended, will be conducted telephonically unless otherwise ordered. To make your appearance call 833 568 8864 US Toll-free or, 833 435 1820 US Toll-free, Meeting ID: 160 2682 4193, Passcode: 419399, several minutes before the hearing.

**PLEASE TAKE NOTICE** that any response must filed in writing at least **seven days** prior to the hearing with the Clerk of the Bankruptcy Court:

**Clerk of Court
UNITED STATES BANKRUPTCY COURT
230 N. First Avenue, Suite 101
Phoenix, Arizona 85003-1706**

and served upon the Chapter 13 Trustee. The Chapter 13 Trustee to serve this notice to debtor(s) and debtor(s) counsel.

Dated: See Electronic Signature:

        Edward J. Maney, Esq.
        101 N. First Avenue, Suite 1775
        Phoenix, Arizona 85003
        (602) 277-3776 Ext. 213

CERTIFICATE OF MAILING FOR Case No. 2: 24-BK-05237-EPB

Edward J. Maney, CHAPTER 13 TRUSTEE (hereinafter the "Trustee"), hereby certifies that a copy of Notice of Hearing was mailed on December 17, 2024, to following parties:

Thomas Adams Mcavity
Phoenix Fresh Start Bankruptcy Attorneys
4131 Main Street
Skokie, IL 60076-2780
Attorney for the Debtor(s)

Debra Butterworth
8443 E. Lewis Avenue
Scottsdale, AZ 85257-2401
Debtor(s)

Copies of the foregoing mailed (see electronic signature below) to the following:

        EDWARD J. MANEY,
        CHAPTER 13 TRUSTEE

        Edward J. Maney, Esq. #012256
        101 N. First Avenue, Suite 1775
        Phoenix, Arizona 85003
        (602) 277-3776 Ext. 213